# ATTACHMENT 1



10/8/18 Mediator Alexander Williams

8:34

Thank you for agreeing to entertain a Mediator's proposal based on our discussions today. Please reply to me only, and of course, I will keep your response confidential unless we have an agreement. I am including only the monetary terms here, all other terms to be negotiated & memorialized in a long form settlement + release.

Here is my proposal:

AS to pay Pls a total of $3,600,000 in exchange for a full release



