**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAWRENCE H. PARKS**<br><br>**and**<br><br>**TIMOTHY L. SIMONS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FEDERAL HOME LOAN BANK OF SAN FRANCISCO, ET AL.**<br><br>**Defendants.** | **Case No. 1:19-cv-00883-JEB** |

DEFENDANT DWIGHT ALEXANDER'S JOINDER IN

MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Dwight Alexander hereby joins in Defendant Federal Home Loan Bank of San Francisco's ("Defendant FHLBSF") Motion to Dismiss Plaintiffs' Complaint pursuant to 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. The Motion to Dismiss Plaintiff's Complaint is proper given that this Court lacks personal jurisdiction over Defendant FHLBSF and the individual defendants, including Defendant Dwight Alexander who resides in California. (see Declaration of Dwight Alexander, filed herewith)

Dated: May 20, 2019

/s/ Barbara L. Johnson, Esq.
Barbara L. Johnson (D.C. Bar No. 480189)
Potter & Murdock
400 S. Maple Avenue
Suite 210
Falls Church, Virginia 22046
Tel: (571) 356-9007
Fax: (703) 832-0211
bjohnson@pottermurdock.com

/s/ Wallace C. Doolittle, Esq/

Wallace C. Doolittle, Esq.
(*Pro Hac Vice* Applicant)
Law Offices of Wallace C. Doolittle
1260 B Street, Suite 220
Hayward, CA 94541
Tel: (510) 888-0600
Fax: (510) 888-0606
doolittlew@doolittlelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2019, a true, correct, and exact copy of the foregoing document was served via electronic notice by the CM/ECF filing system to all parties on their list of parties to be served in effect this date.

/s/ Barbara L. Johnson

Barbara L. Johnson
*Counsel for Defendant Dwight Alexander*