**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAWRENCE H. PARKS**<br>**and**<br>**TIMOTHY L. SIMONS,**<br>**Plaintiffs,**<br>**v.**<br>**FEDERAL HOME LOAN BANK OF SAN FRANCISCO, ET AL.**<br>**Defendants.** | **Case No. 1:19-cv-00883-JEB** |

## DECLARATION OF DWIGHT ALEXANDER

## IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, Dwight Alexander, hereby declare:

1. I am a defendant in the above-captioned matter.

2. This declaration is made based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters set forth herein.

3. I am a Senior Vice President, Director of Public Affairs and Industry Outreach for Defendant Federal Home Loan Bank of San Francisco ("Defendant FHLBSF" or "FHLBSF")

4. Defendant FHLBSF is headquartered in San Francisco, California, where all of its approximately 282 employees currently sit.

5. At all times relevant hereto, I have been a resident of California and have never

been a resident of the District of Columbia.

6. My wife owns property in the District of Columbia, however, I do not reside or spend any significant time at this property or in the District of Columbia. I am not on title to my wife's property located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States, the District of Columbia and the State of California that the foregoing is true and correct. Executed in San Francisco, California on this 15 day of May, 2019.

Dwight Alexander