**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAWRENCE H. PARKS**<br><br>**and**<br><br>**TIMOTHY L. SIMONS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FEDERAL HOME LOAN BANK OF SAN FRANCISCO, ET AL.**<br><br>**Defendants.** | **Case No. 1:19-cv-00883-JEB** |

**DECLARATION OF DWIGHT ALEXANDER**
**IN REPLY TO OPPOSITION TO MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

I, Dwight Alexander, hereby declare:

1. I am a defendant in the above-captioned matter.

2. This declaration is made based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters set forth herein.

3. I have reviewed the declarations of Lawrence Parks and Timothy Simons filed in support of their opposition to defendants' motion to dismiss. I dispute the allegations of Messrs. Parks and Simons with respect to my contact with the District of Columbia.

4. First, I do not own, nor am I seeking to purchase any real estate in the Washington DC area. The assertions that I have discussed with Messrs. Parks and Simons my purchase and

sale of real estate in the District of Columbia are not correct. I have never discussed that subject with either Mr. Parks or Mr. Simons.

5. Second, a rotating desk existed in the past in the District of Columbia satellite office of the Federal Home Loan Bank of San Francisco. I have used that desk from time to time soley for the purpose of interfacing with the federal government. Moreover, that desk was available for use and indeed was used by other employees. It was not "my desk." My occasional use of that desk ended in September 2018 when that satellite office was closed.

6. All of my actions and involvement with the District of Columbia stem from Defendant FHLBSF's Legislative and Regulatory Affairs Division and its contacts and engagement with the federal government. All of my activities in the District of Columbia were for direct interface with the federal government, or with third parties who would communicate messages to the federal government officials that were favorable to FHLBSF's interests.

I declare under penalty of perjury under the laws of the United States, the District of Columbia and the State of California that the foregoing is true and correct. Executed in San Francisco, California on this 10 day of June, 2019.

Dwight Alexander