**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWRENCE H. PARKS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:19cv00883 (JEB) |
| ) | |
| FEDERAL HOME LOAN BANK ) | |
| OF SAN FRANCISCO, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Lawrence Parks and Timothy Simons and Defendant Federal Home Loan Bank of San Francisco, by their undersigned counsel, submit this stipulation of dismissal, whereby the parties agree and stipulate that all claims in this action are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**SO ORDERED.**

DATE: Nov. 15, 2020

/S/
The Honorable James E. Boasberg
United States District Court Judge

November 18, 2020

*/S/ CARLA D. BROWN*
Carla D. Brown, D.C. Bar No. 474097
CHARLSON BREDEHOFT
 COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
cbrown@cbcblaw.com
*Counsel for Plaintiffs*
*Lawrence H. Parks and Timothy L. Simons*

/S/ ALISON N. DAVIS
Alison N. Davis, D.C. Bar # 429700
Theodora R. Lee
LITTLER MENDELSON P.C.
815 Connecticut Avenue, Suite 400
Washington, DC 20006
(202) 842-3400 Telephone
(202) 842-0011 Facsimile
andavis@littler.com
tlee@littler.com
*Counsel for Defendant Federal Home Loan Bank of San Francisco*

## CERTIFICATE OF SERVICE

I hereby certify on the 18th day of November 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

Carla D. Brown, D.C. Bar No. 474097
CHARLSON BREDEHOFT
COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
cbrown@cbcblaw.com
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Plaintiffs,
Lawrence H. Parks and Timothy L. Simons*

/s/Alison N.Davis
Alison N. Davis

4811-1238-1906.1 063891.1004